IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

International Telecharge, et al.

        plaintiff(s),

vs                                                  **Civil No. MJG-92-1722**

AT&T

        defendant(s),

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

It is ordered this _____ day of _____, 2006, all sealed documents submitted by the parties in the above captioned case shall be returned to counsel or destroyed on or before November 30, 2006.

Counsel are directed to contact Bob Karaska, Courtroom Services Supervisor at (410) 962-3767, within (14) days of the date of this order to make arrangements to retrieve their respective sealed materials. If counsel do not contact Mr. Karaska within (14) days the materials will be destroyed- pursuant to Local Rule 113.

                                                      MARVIN J. GARBIS
                                                      United States District Judge